IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00976-RPM

JACQUES R. DELAO, an individual,

Plaintiff,

v.

AMERISTAR CASINO BLACK HAWK, INC., a Colorado Corporation,

Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

Pursuant to the Stipulation for Dismissal with Prejudice, filed October 25, 2012 [Doc. Entry 18], it is

ORDERED that this civil action is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED: October 26th 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge